UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-61714-RAR

**SIFREDO JIMENEZ**,

    Plaintiff,

v.

**CLIENT SERVICES, INC.**,

    Defendant.
_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** comes before the Court upon Defendant Client Services, Inc.'s Unopposed Motion to Consolidate [ECF No. 12] ("Motion"). After considering the Motion and the relief requested therein, the Court finds that Defendant Client Services, Inc.'s Motion to Consolidate should be **GRANTED**.

*Jimenez v. Client Services, Inc.*, 21-CV-81450-WPD and *Jimenez v. Client Services, Inc.,* 21-CV-81438-DMM have been transferred to the undersigned because they are related to *Jimenez v. Client Services, Inc.,* 21-CV-61714-RAR. *See* Order(s) Transferring Case(s) [ECF Nos. 14; 15]. The parties in the instant action have consented to consolidation of this action with Case No. 21-CV-61714-RAR for all matters. *See* Mot. at 7. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **Case No. 21-CV-81450-WPD, Case No. 21-CV-81438-DMM,** and **Case No. 21-CV-61714-RAR** are hereby **CONSOLIDATED** for all matters.

2. The Clerk of the Court is instructed to **CLOSE Case Nos. 21-CV-81450-WPD** and **21-CV-81438-DMM** for administrative purposes only.

3. All future filings shall be made under **Case No. 21-CV-61714-RAR** only.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of September, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**